UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO FRANCO CAMBRON, on behalf of himself, and others similarly situated,

                Plaintiff,

-against-

REPETTI CAR WASH CORP.,
*dba* JNS CARWASH, or any other
corporate entity doing business as
JNS CARWASH, located at 148 Broadway,
Hawthorne, NY 10532, and JOHN REPETTI,
and SUSAN REPETTI, individually,

                Defendants.

Case No.: 18 cv 7741 (VB)

STIPULATION ~~OF~~ AND ORDER
DISMISSAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12\11\18

---

    IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
      December 6, 2018

For the Plaintiffs:

CILENTI & COOPER, P.C.

By: _____
    Peter Cooper, Esq.
*Attorneys for Plaintiff*
708 Third Avenue, 6th Floor
New York, NY 10017
(212) 209-3933

For the Defendants:

VINCENT P. NESCI, P.C.

By: _____
    Vincent P. Nesci, Esq.
*Attorneys for Defendants*
487 E. Main Street #325
Mount Kisco, NY 10549
(914) 265-5780

So Ordered

_____ 12/11/2018
U.S.D.J.

-11-